IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIBEL MUÑOZ, *Individually*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ARAZI GROUP INC., ) | |
| *A Domestic Corporation*, ) | |
| ) | |
| Defendant. ) | Civil Action No. 3:21-CV-1041-C |

## ORDER

Having failed to comply with the Court's Order of August 8, 2021, the Court hereby **ORDERS** that the above-styled and -numbered civil action be **DISMISSED** without prejudice.[1]

SO ORDERED this 30 day of August, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court's Order of August 8, 2021, required that Plaintiff file proof of having effectuated service of process upon Defendant by no later than 9:00 a.m. on August 23, 2021. As of today's date, Plaintiff has failed to file proof of having effectuated service upon Defendant.